[No. 17481-2-II.   Division Two.   December 5, 1995.]

BARBARA L. SARGENT, *Respondent*, v. JOHN A. BURNS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 91-2-00462-9, Toni A. Sheldon, J., entered August 19, 1993. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Morgan, J.

[No. 12598-0-III.   Division Three.   December 7, 1995.]

DENISE LOUISE STEWART, *Respondent*, v. ANTHONY GORDON MALELLA, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 88-5-00035-9, Ted Kolbaba, J., entered June 23, 1992. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, A.C.J., and Schultheis, J.

[No. 17267-4-II.   Division Two.   December 7, 1995.]

WILLIAM L. CISMAR, ET AL., *Appellants*, v. ALF GREGERSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 92-2-00767-7, Roger A. Bennett, J., entered May 28, 1993. *Reversed* by unpublished opinion per Wiggins, J., concurred in by Houghton, A.C.J., and Morgan, J.

[No. 17549-5-II.   Division Two.   December 7, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS IVANOFF, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-1-00062-3, James Warme, J., entered August 24, 1993. *Affirmed* by unpublished opinion per Fleisher, J., concurred in by Houghton, A.C.J., and Morgan, J.